| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 1:18-60154-CR-MORENO |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 5:21-cr-00226-JGB |

FILED
CLERK, U.S. DISTRICT COURT
11/10/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jontae Kwame Ware | Southern District of Florida | Miami |
| | NAME OF SENTENCING JUDGE | |
| | Federico A. Moreno | |

| SD/FL PACTS NO.: | DATE OF SUPERVISED RELEASE | FROM 4/27/2020 | TO 4/26/2023 |
|---|---|---|---|

OFFENSE:

Ct. One: Possessing counterfeit currency, 18 U.S.C. §472

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the release named above be transferred with the records of this Court to the United States District Court for the <u>Central District of California</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/4/21
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/09/2021
_Effective Date_

_United States District Judge_